FILED
April 27, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                       )          Case No. 2:07CR000176-MCE
          Plaintiff, )
v.                                          )          ORDER FOR RELEASE OF
                                          )          PERSON IN CUSTODY
SAMMY L. KELSON, JR., )
                                          )
          Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  SAMMY L. KELSON, JR.  , Case No. 2:07CR000176-MCE  , Charge  18 USC § 286  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ✔     Release on Personal Recognizance

     __     Bail Posted in the Sum of $__

           __     Unsecured Appearance Bond

           __     Appearance Bond with 10% Deposit

           __     Appearance Bond with Surety

           __     Corporate Surety Bail Bond

     ✔     (Other)         Pretrial Conditions as stated on the record.

Issued at  Sacramento, CA  on  April 27, 2007  at  2:00 pm  .

                                               By   /s/ Gregory G. Hollows
                                                       Gregory G. Hollows
                                                       United States Magistrate Judge

Copy 5 - Court