1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Steet, 2nd Flkr., Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4
   Attorney for Sammy L. Kelson, Jr.
5

6

7

8           **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,    )   CR. No.2:**07-CR-00176-MCE**
                                )
12              Plaintiff,      )   STIPULATION AND PROPOSED ORDER
           v.                   )
13                              )
                                )
14 SAMMY L KELSON, JR., et, al, )
                                )
15              Defendants.     )
   _____)
16

17       The defendants, through their undersigned counsel, and the

18 United States, through its undersigned counsel, agree and

19 stipulate that the status conference hearing currently scheduled

20 for Thursday, September 13, 2007, should be vacated and continued

21 until Thursday October 18, 2007, at 9:00 a.m..

22       Further continuance is necessary for further investigation

23 and negotiations. The defense needs additional time to review

24 discovery and for investigation and trial preparation and

25 readiness and evaluation of evidence and setting trial and motion

26 and briefing schedule.  The government needs additional time to

27 evaluate case for settlement negotiations.

28 ///

1    Therefore, the parties agree and stipulate that time should
2 be excluded under the Speedy Trial Act pursuant to Local Code T4
3 for investigation and trial preparation and due to the complexity
4 of the case [Local Code T2], up to and including October 18,
5 2007.
6    I, William E. Bonham, the filing party, have received
7 authorization from all the parties to sign and submit this
8 stipulation and proposed order on their behalf and that defense
9 counsel have authorization from their respective clients.
10    Accordingly, the defendants and the United States agree and
11 stipulate that the status conference should be continued until
12 9:00 a.m. on Thursday, October 18, 2007.
13 Dated: September 12, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                       /s/ William E. Bonham for
                                    By:_____
                                       CAMIL A. SKIPPER
                                       Assistant U.S. Attorney

Dated: September 12, 2007
                                    SAMMY L. KELSON
                                       Defendant


                                    By:/s/William E. Bonham
                                       WILLIAM E. BONHAM
                                         Counsel for Defendant


Dated: September 12, 2007
                                    SAMMETHIA KELSON
                                       Defendant


                                    By:/s/ William E. Bonham for
                                       DINA L. SANTOS
                                       Counsel for Defendant

2

Dated: September 12, 2007
                                        YVONNE WEST
                                          Defendant


                                 By:/s/William E. Bonham for
                                   ROBERT HOLLEY
                                      Counsel for Defendant


**ORDER**

IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, October 18, 2007 for further status.

I find that the  continuance is necessary to allow defense counsel sufficient time to investigate and evaluate motions to be filed  for trial preparation and trial readiness. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case [Local Code T2]up to and including November 30, 2007.

Dated: September 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE