```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2792
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07-cr-176 MCE |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S NOTICE OF WITHDRAWAL OF MOTION FOR |
| v. | ) ) | REVOCATION OF DEFENDANT SAMMY L. KELSON'S PRETRIAL |
| SAMMY L. KELSON, et al., | ) ) | RELEASE; ORDER VACATING OCTOBER 24, 2008 |
| Defendants. | ) ) | HEARING ON THE MOTION |

On October 17, 2008, the government filed a motion for revocation of defendant Sammy L. Kelson's pretrial release in this case. At the 2:00 calendar that day, Magistrate Judge Kimberly J. Mueller arraigned Kelson on a new complaint charging him with being a felon in possession of ammunition. After hearing argument and consulting with the Pretrial Services Officer, the Court ordered Kelson released on an unsecured bond co-signed by his father and continued until Friday, October 24, 2008, the government's pretrial release revocation motion in this tax case.

The undersigned prosecutor has learned that the police report's reference to selling ammunition to a minor was

1

1  erroneous, based upon the citation of an incorrect statute, which
2  resulted in that charge description being inserted in the report.
3  Based upon that new information and discussions with police
4  involved in Kelson's arrest, the undersigned doubts that she can
5  present any information to the Court that would undermine its
6  decision last Friday.

7     Therefore, the government hereby withdraws its motion for
8  revocation of Sammy L. Kelson's pretrial release in this tax case
9  and asks that the hearing on Friday, October 24, 2008, be
10 vacated.  Kelson's preliminary hearing on the new charge is
11 scheduled for November 6, 2008, at 2:00 p.m., so nothing further
12 is required in that case this Friday.  A status conference is
13 scheduled before the district court on December 18, 2008, at 9:00
14 a.m., in this tax case, so nothing further is required in this
15 case.

16 DATED:  October 22, 2008            McGREGOR W. SCOTT
                                       United States Attorney
17

18                               by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
19                                     Assistant U.S. Attorney

20

21                              ORDER

22    Good cause appearing, the Court hereby VACATES the hearing
23 scheduled for October 24, 2008, at 2:00 p.m., on the government's
24 motion for revocation of defendant Sammy L. Kelson's pretrial
25 release.

26 DATED:  October 22, 2008
27                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
28

                                    2